UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:24-CR-00115(02) |
| VERSUS | : | JUDGE FOOTE |
| JAWORSKI BATTON | : | MAGISTRATE JUDGE HORNSBY |

---

### JAWORSKI BATTON'S FORESEEABLE ISSUES

NOW INTO COURT, through undersigned counsel, comes the defendant, JAWORSKI BATTON, who identifies his Foreseeable Issues as follows:

A.   Anticipated Length of Trial:

Defendant anticipates the trial will last 2 days. The 2-day period would include any evidence presented by Defendant in his case-in-chief.

B.   Foreseeable Issues

1.   Defendant has no expert witnesses and as such, no expert disclosures.

2.   Defendant has no outstanding discovery issues.

3.   Pretrial production of *Jencks* Act materials: The defense requests production of Jencks Act material on the Thursday before the trial.

4.   Pretrial production of any *Brady/Kyles* evidence in the hands of the Government or any of its agents: The defense requests immediate production of any such material which exists.

5.   Pretrial production of criminal histories of all Government witnesses as Bagley/Giglio material: The defense requests immediate production of any such material which exists.

6.   Exchange of exhibits and exhibit lists: The defense has not yet identified any exhibits it intends to introduce. The defense requests production of Government exhibits and exhibit lists in accordance with this Court's standard pre-trial order.

7. Use of juror questionnaires and time of availability to counsel: The defense requests that the juror questionnaires be made available on the Thursday before trial.

8. Pretrial production of audio transcripts, if any: The defense requests production of any such transcripts from the Government as soon as they are available.

9. Defendant will work with the Government on pre-trial stipulations.

10. Verification that all discovery has been tendered.

11. Any other issues raised by the Government.

12. Defendant does not have any proposed *voir dire* questions.

13. To the extent necessary, Defendant requests that the Government's Notice of Expert Witness be modified to identify which experts and testimony pertain to this Defendant.

14. Defendant requests that the Government produce the Expert Reports and curriculum vitae for each expert.

15. After reviewing the Expert Reports, Defendant may file a Motion *In Limine* to prevent the Government's Expert(s) from testifying about the Defendant's state of mind.

16. Defense intends to file writs of *habeas corpus ad testificandum* to have his co-defendants testify at trial.

17. Defense does not anticipate a need for any pretrial hearings.

JAWORSKI BATTON PRAYS that this submission be deemed in compliance with the courts' scheduling order.

Respectfully Submitted,
KAMMER & HUCKABAY, LTD (A.P.L.C.)

BY: /s/Charles H. Kammer, III
Charles H. Kammer, III
Bar Roll Number 21658
820 Jordan Street, Suite 480
Shreveport, Louisiana 71101
(318) 222-0293 - Telephone
(318) 425-1644 - Facsimile
E-Mail: Pete@KandHLawOffice.com
ATTORNEY FOR JAWORSKI BATTON

## **C E R T I F I C A T E**

    I HEREBY CERTIFY that on this 27 February 2025, a copy of the above foregoing List of Foreseeable Issues was filed electronically with the Clerk of Court using the CM/ECF system. Notice will be sent to counsel of record via the Court's electronic filing system.

/s/Charles H. Kammer, III
Charles H. Kammer, III
