UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-cr-00115 |
| VERSUS | * | JUDGE FOOTE |
| JAWORSKI BATTON (02) | * | |
| CODY GIBSON (04) | * | MAGISTRATE JUDGE HORNSBY |

JURY VERDICT FORM
JAWORSKI BATTON

## COUNT 1

1. As to the charge contained in Count 1 of the Indictment, conspiracy to distribute and to possess with the intent to distribute five (5) grams or more of methamphetamine, we the jury, unanimously find, beyond a reasonable doubt, the defendant, JAWORSKI BATTON:

_____     GUILTY          _____     NOT GUILTY

## COUNT 4

2. As to the charge contained in Count 4 of the Indictment, Possession with the intent to distribute five (5) grams or more of methamphetamine, we the jury, unanimously find, beyond a reasonable doubt, the defendant, JAWORSKI BATTON:

_____     GUILTY          _____     NOT GUILTY

1

Please have the foreperson sign and date this form.

Shreveport, Louisiana, this _____ day of _____, 2025.

_____
FOREPERSON

        Respectfully submitted,

        ALEXANDER VAN HOOK
        ACTING UNITED STATES ATTORNEY

By:    **/s/ *J. Aaron Crawford***
        J. Aaron Crawford (Bar No. 31682)
        William Gaskins (Bar No. 35786)
        Assistant United States Attorneys
        300 Fannin Street, Suite 3201
        Shreveport, LA 71101
        (318) 676-3600