RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 1 6 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-cr-00115 |
| | * | |
| VERSUS | * | JUDGE FOOTE |
| | * | |
| JAWORSKI BATTON         (02) | * | MAGISTRATE JUDGE HORNSBY |

### JURY VERDICT FORM
### JAWORSKI BATTON

### COUNT 1

1. As to the charge contained in Count 1 of the Indictment, conspiracy to distribute and to possess with the intent to distribute five (5) grams or more of methamphetamine, we the jury, unanimously find, beyond a reasonable doubt, the defendant, JAWORSKI BATTON:

    __✓__   GUILTY            _____   NOT GUILTY

### COUNT 4

2. As to the charge contained in Count 4 of the Indictment, possession with the intent to distribute five (5) grams or more of methamphetamine, we the jury, unanimously find, beyond a reasonable doubt, the defendant, JAWORSKI BATTON:

    __✓__   GUILTY            _____   NOT GUILTY

Please have the foreperson sign and date this form.

Shreveport, Louisiana, this __16__ day of April, 2025.

REDACTED